## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

STEPHEN ELLIOTT POWERS                                          **PLAINTIFF**

v.                                                              **No. 4:10CV57-GHD-RP**

DR. JOHN EVANS, ET AL.                                          **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion entered this day, the plaintiff's motion for

summary judgment is **DENIED**; the defendants' motion for summary judgment is **GRANTED**, and

judgment is **ENTERED** for the defendants in all respects.

SO ORDERED, this, the 30th day of March, 2020.

_____
SENIOR UNITED STATES DISTRICT JUDGE